**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BRANDON SAVORY**                                                        **PLAINTIFF**

**V.**                                **NO. 4:20-CV-119-DMB-JMV**

**CITY OF GREENWOOD,
MISSISSIPPI, et al.**                                           **DEFENDANT**

### ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 14th day of September, 2020.

                                                    **/s/Debra M. Brown**
                                                    **UNITED STATES DISTRICT JUDGE**