IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRANDON SAVORY                                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO. 4:20-cv-119-NBB-JMV

CITY OF GREENWOOD, MISSISSIPPI,
and OFFICER BYRON L. GRANDERSON,
in his individual and official capacities                                                            DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motions for summary judgment are **GRANTED**. The plaintiff's federal claims are dismissed with prejudice, and his state law claims are dismissed without prejudice. This case is closed.

This 30th day of March, 2022.

 /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE